USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
:
AUGUSTINE PAMBLANCO-TAPIA,  :
:
:
Plaintiff,  :
:  1:25-cv-464-GHW
-against-  :
:  ORDER
TARGET CORPORATION, *also known as*  :
Target,  :
:
Defendant.  :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

  As stated on the record during the telephone conference held on February 6, 2025, should Plaintiff choose to file a motion to remand this case to state court, he must do so by February 20, 2025. If Plaintiff files such a motion, Defendant's opposition will be due by February 27, 2025, and Plaintiff's reply, if any, will be due by March 5, 2025.

  SO ORDERED.

Dated: February 6, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge